# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-21-00217-CV

**Atelier Domingue, LLC, Appellant**

**v.**

**Signature HLP d/b/a Signature Homes, Appellee**

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-002023, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to set aside the trial court's judgment without regard to the merits and remand the case for rendition of a new judgment in accordance with their settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). We grant the motion and set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.*

Gisela D. Triana, Justice

Before Justices Goodwin, Triana, and Kelly

Vacated and Remanded

Filed: June 25, 2021